Case 2:16-bk-57542    Doc 9-1    Filed 11/23/16    Entered 11/23/16 09:34:21    Desc Page 1 of 1
Exhibit Auditors Valuation    Page 1 of 1

Franklin County Auditor

| | Our Office | Your Property | | On-Line Tools | Reference | Contact Us |

**Summary**
**Land Profile**
**Residential**
**Commercial**
**Improvements**
**Permits**
**Mapping**
**Sketch**
**Photo**
**Aerial Photos**
**Transfers**
**BOR Status**
**CAUV Status**
**Tax & Payments**
**Tax Distribution**
**Value History**
**Rental Contact**
**Quick Links**

ParcelID: 570-225887-00
LEWIS JACK D

Map-Rt: 570-N058AA -006-00
2148 DUNKELD DR

◁◁ [ 4 of 4 ] ▷▷
Return to Search Results

**Value History**

| Year | Market Value | Taxable Value |
|---|---|---|
| 2015 | 152,100 | 53,240 |
| 2014 | 152,100 | 53,240 |
| 2013 | 144,900 | 50,720 |
| 2012 | 144,900 | 50,720 |

**Actions**
- Neighborhood Sales
- Proximity Search
- Printable Version
- Custom Report Builder

**Value History Details**                                                 1 of 4 >

**Reports**
Proximity Report
Map Report
Parcel Summary
Parcel Detail

TAX YEAR     2015

[ Go ]

**Market Value**

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 30,200 | 121,900 | 152,100 |
| TIF | | | |
| Exempt | | | |
| Total | 30,200 | 121,900 | 152,100 |
| CAUV | 0 | | |

**Social Media Links**

[f] [y]

**Taxable Value**

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 10,570 | 42,670 | 53,240 |
| TIF | | | |
| Exempt | | | |
| Total | 10,570 | 42,670 | 53,240 |

Disclaimer:
The information on this web site is prepared from the real property inventory maintained by the Franklin County Auditor's Office. Users of this data are notified that the primary information source should be consulted for verification of the information contained on this site. The county and vendors assume no legal responsibilities for the information contained on this site. Please notify the Franklin County Auditor's Real Estate Division of any discrepancies.

Powered by iasWorld® Public Access. All rights reserved.