## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS DIVISION

| | |
|---|---|
| In Re:<br>Christine H. Lewis<br>Jack D. Lewis, Jr.<br><br>    Debtor(s) | Case No.: 16-57542<br><br>Chapter 13<br><br>Judge: C. Kathryn Preston |

## **OBJECTION TO CHAPTER 13 PLAN**

  Creditor, MB Financial Bank, National Association ("Movant"), by and through counsel, hereby objects to the proposed Chapter 13 Plan filed by the Debtors. This Objection is hereby supported by the following Memorandum.

              Respectfully Submitted,

              /S/ Patricia L. Johnson
              Patricia L. Johnson, Esq. (0076669)
              Crystal L. Saresky, Esq. (0091328)
              Gerner & Kearns Co., L.P.A.
              7900 Tanners Gate Lane
              Florence, KY 41042
              Phone: (513) 241-7722
              Fax: (859) 292-5300
              bankruptcies@gernerlaw.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS DIVISION

| | |
|---|---|
| In Re:<br>Christine H. Lewis<br>Jack D. Lewis, Jr.<br><br>　　　　Debtor(s) | Case No.: 16-57542<br><br>Chapter 13<br><br>Judge: C. Kathryn Preston |

## **MEMORANDUM**

Movant holds a secured Mortgage for property located at 2148 Dunkeld Dr, Grove City, OH 43123. Movant will be filing a Proof of Claim listing an approximate arrearage in the amount of $5,188.41. The Chapter 13 Plan as filed lists an approximate arrearage in the amount of $4,115.70. The Chapter 13 Plan proposes to treat Movant's claim unfairly by providing for an inadequate arrearage amount. Movant objects to said treatment and asserts that, as of the Petition date herein, Movant's claim was fully secured by value in the real estate. Accordingly, §1322(b)(2) of the Bankruptcy Code prohibits Debtor's proposed modification of Movant's mortgage.

**WHEREFORE**, Movant respectfully requests the Court to deny confirmation of the Debtor's Proposed Plan.

        Respectfully Submitted,

        /S/ Patricia L. Johnson
        Patricia L. Johnson, Esq. (0076669)
        Crystal L. Saresky, Esq. (0091328)
        Gerner & Kearns Co., L.P.A.
        7900 Tanners Gate Lane
        Florence, KY 41042
        Phone: (513) 241-7722
        Fax: (859) 292-5300
        bankruptcies@gernerlaw.com

# **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was electronically transmitted on the 22nd day of December, 2016 via the Court`s CM/ECF system to the following who are listed on the Court`s Electronic Mail Notice list:

Frank M. Pees, Chapter 13 Trustee at trustee@ch13.org
130 East Wilson Bridge Road Suite 200
Worthington, OH 43085
trustee@ch13.org

Asst US Trustee (Col), U.S. Trustee at ustpregion09.cb.ecf@usdoj.gov
Office of the US Trustee 170 North High Street Suite 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

Leann R Deeter
Attorney for Debtors
329 E Main Street
Lancaster, OH 43130
bank.cornelllaw@sbcglobal.net

The undersigned certifies that a copy of the foregoing was transmitted on the 22nd day of December, 2016 via regular U.S. mail, postage pre-paid:

Christine H. Lewis
2148 Dunkeld Drive
Grove City, OH 43123

Jack D. Lewis, Jr. fdba Metro Collision of Columbus fdba Collision Express of Ohio Inc. fdba Carstar Bexley
2148 Dunkeld Dr
Grove City, OH 43123

/S/ Patricia L. Johnson
Patricia L. Johnson, Esq. (0076669)
Crystal L. Saresky, Esq. (0091328)
Gerner & Kearns Co., L.P.A.
7900 Tanners Gate Lane
Florence, KY 41042
Phone: (513) 241-7722
Fax: (859) 292-5300
bankruptcies@gernerlaw.com