**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re: Jack D Lewis Jr.              :    Case No: 16-57542
      Christine H Lewis
      Debtor(s)              :    Chapter 13 Judge: C KATHRYN PRESTON

                    :    341 Date: January 4, 2017

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

    Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

    Above median income_____              Below median income__X__

    __X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

        __X__Other: **Provide 60 days of pay advices (missing period 10/29 - 10/11) and most recent tax return (signature page missing page #2).**

    Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for March 02, 2017, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

    Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: $3226.93/REM**

**Best Interest Dividend: 0%    Dividend: 17%**

**Length: 52 Months**

Dated: January 13, 2017    Respectfully submitted,

            **/s/  Frank M. Pees**
            Frank M. Pees
            Chapter 13 Trustee
            130 East Wilson Bridge Road #200
            Worthington, Ohio 43085
            (614) 436-6700
            trustee@ch13.org

CERTIFICATE OF SERVICE

The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: January 13, 2017          **/s/  Frank M. Pees**
                                 Frank M. Pees
                                 Chapter 13 Trustee
                                 130 East Wilson Bridge Road #200
                                 Worthington, Ohio 43085-6300